IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ENDY BRITO,<br><br>                       Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM SERVICES, ABC CORPORATIONS NOS. 1-5, and JOHN DOES NOS. 1-5, in both their professional and personal capacity,<br><br>                       Defendants. | Civil Action No.: 2:19-cv-07485<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Endy Brito and Defendant Aramark Uniform & Career Apparel, LLC (incorrectly plead as "Aramark Uniform Services") hereby stipulate to the dismissal of this action in its entirety with prejudice and on the merits, with each party to bear its or his own fees and costs.

| VEX LAW LLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| s/ Howard A. Vex<br>Howard A. Vex, Esq.<br>2001 Route 46, Suite 206<br>Parsippany, New Jersey 07054<br>*Attorneys for Plaintiff* | s/ Rudolph J. Burshnic II<br>Terry D. Johnson<br>Rudolph J. Burshnic II<br>502 Carnegie Center<br>Princeton, New Jersey 08540-7814<br>Telephone: (609) 919-6689<br>Facsimile: (609) 919-6701<br>terry.johnson@morganlewis.com<br>rudolph.burshnic@morganlewis.com<br>*Attorneys for Defendant Aramark Uniform & Career Apparel, LLC* |

IT IS SO ORDERED.

_____
The Honorable Susan D. Wigenton, U.S.D.J.

July 31, 2019